## 22914.  DEATON *v.* THE STATE.

MacINTYRE, J.  The circumstantial evidence upon which the accused was convicted was not sufficient to exclude every reasonable hypothesis save that of the guilt of the accused, and the trial judge erred in overruling the motion for a new trial.  See *Phillips* v. *State*, ante, 665.

*Judgment reversed.  Broyles, C. J., and Guerry, J., concur.*

· DECIDED MARCH 24, 1933.

## 22924.  McCLOUD *v.* THE STATE.

BROYLES, C. J.  The evidence amply authorized the verdict; and the court did not err in overruling the motion for a new trial, based upon the usual general grounds only.

*Judgment affirmed.  MacIntyre and Guerry, JJ., concur.*

DECIDED MARCH 24, 1933.

*W. A. Dampier,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.